FILED

06/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0310

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0310

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

GALEN LEWIS HAWK,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including July 19, 2022, within which to prepare, serve, and file the State's response brief.

**CL**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 14 2022